UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07060-SPG-CTS | Date | July 23, 2026 |
| Title | Tygeras Parker v. Boston Scientific Corporation et al. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS**

Plaintiff Tygeras Parker ("Plaintiff") filed this action in June 2026. In the civil cover sheet, Plaintiff checked a box indicating that this case is related to another case in the Central District of California. *See* (ECF No. 1-1). However, Plaintiff did not list the case number for the related case in the civil cover sheet and did not file a notice of related case. Therefore, on July 13, 2026, the Court ordered Plaintiff to file a notice of related case, as required by Central District of California Local Rule 83-1. To date, Plaintiff has failed to do so. Therefore, Plaintiff's counsel is ORDERED to show cause, in writing, by no later than August 5, 2026, why the Court should not impose monetary sanctions on Plaintiff's counsel. Counsel may discharge the order to show cause by filing a notice of related case.

**IT IS SO ORDERED.**

________ : ________

Initials of Preparer pg